## SANFORD v. STATE.
### No. 24820.

Court of Criminal Appeals of Texas.
June 14, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for violation of the liquor law with a penalty assessed at confinement in jail for thirty days and a fine of $250.

The record contains no statement of facts or bill of exceptions. The proceedings appear to be regular. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.